**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Katomka Enterprises, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Cotton's Corner Carryout** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1530965** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **6580 Holcomb Dr.** <br> **Pemberville, OH 43450** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Wood** <br> County | **Location of principal assets, if different from principal place of business** <br> **102 W. Crocker St. Bradner, OH 43406** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

24-31890-jpg    Doc 1    FILED 10/04/24    ENTERED 10/04/24 13:18:01    Page 1 of 10

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2024**
               MM / DD / YYYY

**X /s/ Shane Edwards**                              **Shane Edwards**
Signature of authorized representative of debtor      Printed name

Title    **Owner**

**18. Signature of attorney**

**X /s/ Steven L. Diller**                           Date **October  3, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Steven L. Diller 0023320**
Printed name

**Diller and Rice, LLC**
Firm name

**124 East Main Street**
**Van Wert, OH 45891**
Number, Street, City, State & ZIP Code

Contact phone  **419-238-5025**    Email address  **Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com**

**0023320 OH**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Katomka Enterprises, LLC |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bitty Advance II 1855 Griffin Rd., A-474 Dania, FL 33004 | | merchant cash agreement | Unliquidated | $11,000.00 | $0.00 | $11,000.00 |
| Economic and Community Development 1655 Old Leonard Ave. Columbus, OH 43215 | | business loan - UCC OH00279565263 & OH 00279565374 | Unliquidated | $103,624.00 | $0.00 | $103,624.00 |
| Fenix Capital Funding 9265 4th Ave. 2nd Fl Brooklyn, NY 11209 | | Business loan - UCC OH00284346296; Debtor's Receivables, etc. | Unliquidated | $33,288.97 | $0.00 | $33,288.97 |
| Fifth Third Bank 275 S. Main St. Bowling Green, OH 43402 | | credit card | Unliquidated | | | $900.00 |
| Fifth Third Bank 275 S. Main St. Bowling Green, OH 43402 | | credit card used for purchases in business | Unliquidated | | | $500.00 |
| Forever Funding, LLC 251 Little Falls Dr. Wilmington, DE 19808 | | Merchant Cash Advancement | Unliquidated | $15,000.00 | $0.00 | $15,000.00 |
| Forward Financing 53 State St. 20th Floor Boston, MA 02102 | | merchant cash agreement | Unliquidated | $7,450.00 | $0.00 | $7,450.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **JP Morgan - Lockbox Processing Attn: Square Financial Services 4 Chase Metrotech Center 7th Floor East Brooklyn, NY 11245** | | | **Unliquidated** | **$19,185.00** | **$0.00** | **$19,185.00** |
| **Thomas Edwards 6580 Holcomb Rd. Pemberville, OH 43450** | | | **Unliquidated** | **$6,738.00** | **$0.00** | **$6,738.00** |

Bitty Advance II
1855 Griffin Rd., A-474
Dania, FL 33004


ClickLease
1182 W 2400 S West
Salt Lake City, UT 84119


Coporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Economic and Community Development
1655 Old Leonard Ave.
Columbus, OH 43215


Fenix Capital Funding
9265 4th Ave.
2nd Fl
Brooklyn, NY 11209


Fifth Third Bank
275 S. Main St.
Bowling Green, OH 43402


Forever Funding, LLC
251 Little Falls Dr.
Wilmington, DE 19808


Forward Financing
53 State St. 20th Floor
Boston, MA 02102


JP Morgan - Lockbox Processing
Attn: Square Financial Services
4 Chase Metrotech Center
7th Floor East
Brooklyn, NY 11245


Maksim Leyvi
227 Sea Breeze Ave.
Suite 2A
Brooklyn, NY 11224

Ohio Department of Development
77 South High St. 28 Floor
Columbus, OH 43215


QuickSpark Holdings, Inc.
dba Briland Capital, Arizona Corp
315 W. Elliot Rd. Suite 107
PMB 135
Tempe, AZ 85284


Sean Admin
1655 Old Leonard Ave.
Columbus, OH 43219


Shane Edwards
6580 Holcomb Rd.
Pemberville, OH 43450


Thomas Edwards
6580 Holcomb Rd.
Pemberville, OH 43450


TimePayment
200 Summit Dr.
Suite 100
Burlington, MA 01803

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Katomka Enterprises, LLC**                Case No. _____

                                      Debtor(s)                Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Katomka Enterprises, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Shane Edwards**
**6580 Holcomb Rd.**
**Pemberville, OH 43450**

☐ None [*Check if applicable*]


**October  3, 2024** _____

Date

**/s/ Steven L. Diller** _____

**Steven L. Diller 0023320**

Signature of Attorney or Litigant
Counsel for    **Katomka Enterprises, LLC**
**Diller and Rice, LLC**
**124 East Main Street**
**Van Wert, OH 45891**
**419-238-5025 Fax:419-238-4705**
**Steven@drlawllc.com; Kim@drlawllc.com; Eric@drlawllc.com**